CV 18 - 2344

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ORIGINAL

Yvette Olefoporh

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

City of New York
Comptroller - Police Dept

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint) DONNELLY, J.

Case No. ____________________
*(to be filled in by the Clerk's Office)* MANN. M.J.

Jury Trial: ☐ Yes ☒ No
*(check one)*

RECEIVED
APR 20 2018
PRO SE OFFICE

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Yvette Olesforoh
Street Address: 747 Hicks St
City and County: Brooklyn - Kings County
State and Zip Code: New York 11231
Telephone Number: 1-718 509-7455
E-mail Address: 

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: City of New York
Job or Title (if known): 
Street Address: 
City and County: 
State and Zip Code: 
Telephone Number: 
E-mail Address (if known): 

Defendant No. 2

Name: City of New York Police Dept

Job or Title (if known): ______

Street Address: One Police Plaza

City and County: New York City

State and Zip Code: New York - 10038

Telephone Number: 1-646-) 610- 5000

E-mail Address (if known): ______

Defendant No. 3

Name: ______

Job or Title (if known): ______

Street Address: ______

City and County: ______

State and Zip Code: ______

Telephone Number: ______

E-mail Address (if known): ______

Defendant No. 4

Name: ______

Job or Title (if known): ______

Street Address: ______

City and County: ______

State and Zip Code: ______

Telephone Number: ______

E-mail Address (if known): ______

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- ☑ State or local officials (a § 1983 claim)
- ☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Civil rights - false arrest

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

At 797 Hicks St

B. What date and approximate time did the events giving rise to your claim(s) occur?

January 26, 2017 between 6 - 6:30 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was getting ready for work. I had on my bra, under wear and finishing putting on my tights. I hear my door banging / knocked down. Someone said Police get on the floor I proceeded to the floor, then got up and asked could I open the door. I was told to get on the floor and I did. After busting down my door. They came in A lady officer handcuffed me, pulled me up to the floor in my bra, half dressed, embarrassed in front of all the male officers She was the only lady. They asked about my son, they had a search warrant. I asked why where they looking for him and one officer said "while I was at work, my son was selling drugs at the house. I stated he was not here and had not been staying there or here.

They told me to get dress but would not allow me t choose anything to wear besides I was in handcuffs. She preceeded to my bedroom to get a skirt and a throw over sweater and tryed to cover my breast. Threw a coat over me and took me downstairs while my neighbors were hearing and watching. Humiliated and Embarassed. Taken to the 76th Precent located on Union St between Hicks & Henry Streets. Put in a cell which I've never been before. I was told I'd be there for three hours. I'd also waited a while before being able to mayke a phone call to call my daughter so she could tell my job I would not be comming to work. Finally Police Officer Rodriquez came said I've never been arrested before. He took my pictures, finger printed me. Gave me a desk appearance to come back on April 10th. My daughters Mary & Zipporah came. I left with them and told them they never showed me a search warrant. Mary went back came and told me to come back. They showed it to me with my son's name on it. Not mine.

P.S. As they were handcuffing me I saying Jehovah please help me. One of them scream Jehovah told me to shut up. Very dispespectful of one's Religious belief for help at a distressing, dehumanizing, rude way

The experience and aftermath effect still 
exist today.
I've always been proud that I've never
been arrested especially when looking for a
job.
I was told that if my job found out (by the)
police office I would probably be fired and
to this day I have not told my job what
happened.
I went for an interview for
a job with The Board of Education
and one of the Interviewers was
explaining if we ever been arrested . . .
I don't remember the rest but I
felt scared. I still want to cry for
something that didn't and shouldn't.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The damage that was done to me was emotional and mental stress with anxiety.
1. fear it might happen again
2. fear of losing my job
3. fear of not being able to find work

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

fingerprints $ 30.000 dehumanization/humiliation $ 30.000
picture taken $30.000
stress / anxiety - $ 30.000
3 hrs jail time - $ 9.000
lawyer fee $ 1,500 clothes molded $ 1.000
filing fee $ 400. loss job $ 186.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/20, 2018

Signature of Plaintiff Yvette Olefoгoh

Printed Name of Plaintiff YVETTE OLEFOROH

NEW YORK CITY CRIMINAL JUSTICE AGENCY
( 03-Apr-2017 )

YVETTE OLEFOROH
797 HICKS STREET
BROOKLYN NY 11231

CJA CASE NUMBER: C2017K606282

Dear YVETTE OLEFOROH:

You were arrested and must appear in Criminal Court at the place and time listed below.

Estimado YVETTE OLEFOROH:

Usted fue arrestado y debe presentarse a la Corte Criminal, en el lugar y hora indicado abajo.

| Date/Fecha | Part/Parte | Time/Hora |
|---|---|---|
| 10-Apr-2017 | AR6 | 09:30 |

Place/Lugar

RED HOOK JUSTICE CENTER
88-94 VISITATION PLACE
BROOKLYN, NY 11231

If you do not come to court, a warrant will be issued for your arrest.

Si usted no se presenta a la corte, una orden de arresto (warrant) sera expedida en su contra.

If the court date or address on this letter differs from the one provided by the police, please follow the police instructions.

Si el dia de la corte o la direccion en esta carta es diferente a la que le dio la policia, siga las instrucciones que la policia le dio.

Your arrest number:
(Su numero de arresto:)

076 / 606282

Michael Mullins, Esq.

26 Court Street

Suite 200

Brooklyn, NY 11242

718-989-2444

3/15/18

To whom it may concern,

I Mary Williams, witnessed the police raiding my mother's apartment. They had already placed her under arrest and taken her to the precinct by the time I got to her apartment. The officer in charge at the time told me I could wait in the hallway. They were throwing things around but I didn't see anything that they collected as evidence. He proceeded to ask me where was my brother and I told him I dint know. That's when he told me I had to leave even though I wasn't doing anything wrong. I waited across the street until I seen all the officers leave the building in which they had nothing with them. They didn't carry out any evidence from my moms apartment. I waited until they got into their cars and drove off before proceeding to the precinct with my sister. At the 76th precinct I spoke with one of the officers and asked them a couple of questions.

1. why was my mom arrested
2. where was the evidence because I didn't see them leave the her building with anything
3. was there a warrant out for my brothers arrest
4. if they had evidence why wasn't it present

His responses

1. they found a clip of marijuana and a scale and empty bottles
2. it was in their bookbag
3. no, there was no warrant for my brothers arrest
4. no answer

I also recorded the conversation from my phone which I am in the process of trying to get that data because the phone cracked. Also my mom wasn't shown a warrant until after they released her and we had to make her go back inside to do it. They didn't have a cause to arrest my mom that why there was never no charges against her and the case was dropped. There has to be some proper protocol and reprimand for their actions. My mom pays her taxes which pays their salary and they shouldn't be allowed to treat her nor anyone else that way. The law has to fight for the citizens. My mom has done nothing wrong

NICOLA RIZZI
Notary Public, State of New York
Registration No. 01RI6139095
Qualified in Kings County
Commission Expires December 19, 20

[signature] 3/15/18

[signature]

OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

ERIC GONZALEZ
*Acting District Attorney*

# DECLINED PROSECUTION

Declined date: **February 07, 2017**

Arrest Number: **K17606282**

---

**Defendant:** OLEFOROH, YVETTE
DOB: 02/14/57
Address: 797 HICKS STREET, BROOKLYN, NY

PCT of arrest: **076**

**Arrest:** 01/26/17 06:35
Arresting officer: JULIO RODRIGUEZ, TAX ID: [redacted], Shield: 22668, CMD: 076
Arrest Charges: PL 2205002 PL 2205003 PL 2210500

PCT of occurrence: **076**

**Occurrence:** 01/26/17 6:35
Location: 797 HICKS STREET

## STATEMENT OF FACTS

LOCATION: SW TARGET LOCATION
LAYOUT OF LOCATION: WALK INTO THE APT AND THERE IS THE LIVING ROOM, TO THE LEFT IS THE KITCHEN, DOWN THE HALLWAY, PAST THE KITCHEN, IS A BEDROOM ON THE RIGHT (DEF'S ROOM) AND A BEDROOM ON THE LEFT (DEF'S SON'S ROOM)

PURSUANT TO KINGS COUNTY SW #69/17, ISSUED BY HON. JOHN G. INGRAM. TARGET OF SW IS DEF'S SON.

AO ENTERED THE LOCATION AND OBSERVED THE DEF IN THE KITCHEN PREPARING BREAKFAST. NO ONE ELSE WAS PRESENT IN THE APT.
AO RECOVERED 1 SMALL ZIPLOCK BAG OF MARIHUANA IN THE KITCHEN, IN A CABINENT ON A SHELF NEXT TO CANNED GOODS (FTP)
AO RECOVERED 4 ZIPLOCK BAGS OF MARIHUANA (FTP), 1 SCALE W/ MARIHUANA RESIDUE, 108 EMPTY GLASS VIALS (USED TO PACKAGE MARIHUANA) AND 25 ZIPLOCK BAGS W/ SYMBOL OF A RED APPLE ON SAID BAGS, IN THE BEDROOM ON THE LEFT (DEF'S SON'S BEDROOM)
AO RECOVERED MAIL ADDRESSED TO THE DEF IN THE BEDROOM ON THE RIGHT (DEF'S BEDROOM)

AO OBSERVED DEF'S DRIVERS LICENSE ADDRESS TO BE THE SAME AS THE LOCATION
DEF WAS TENANT OF RECORD WHEN AO CALLED HOUSING.

DEF STATED, IN SUM AND SUBSTANCE, I LIVE HERE. MY SON DOESN'T STAY HERE. I THINK HE COMES HERE WHEN I'M WORKING.
DEF ARRESTED

**Reason for declined prosecution:**

Insufficient Evidence to Prosecute

**Details:**

THE DEFENDANT'S SON WAS THE TARGET OF THE SEARCH WARRANT. THE BULK OF THE MARIHUANA WAS LOCATED IN THE DEFENDANT'S SON'S BEDROOM. THE CONTROLLED BUYS WERE DURING THE DAY, AND THE DEFENDANT WAS NOT OBSERVED DURING THE BUYS. IN ADDITION, THE DEFENDANT STATED THE DEFENDANT WORKS DURING THE DAY, WHEN THE BUYS WERE MADE.

**Efforts made to reach witness:**

**Instructions to arresting officer:**

DAT-no further instructions

This instrument will remain on file as part of the record of the Office of the District Attorney of Kings county.

**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

ERIC GONZALEZ
*Acting District Attorney*

# DECLINED PROSECUTION

Declined date: **February 07, 2017**

Signature: ______________________________

By Assistant District Attorney: screener Deanna Himelson










Westinghouse


50 INCH































Bathroom

JANE N. BARRETT & ASSOCIATES, L.L.C.
188 Montague Street, Suite 402
Brooklyn, New York 11201
TELEPHONE: (718) 237-3400
FACSIMILE: (718) 222-5858

# NOTICE OF ADJOURNMENT

Date: 3/6/18

YVETTE OLEFOROH
797 HICKS ST APT 4A
BROOKLYN, NY 11231

Re: ADJOURNMENT OF

50-H HEARING
Claimant Name: Yvette Oleforoh
Claim #: 2017PI011988

Dear Sir / Madam:

This is to confirm that the hearing for the above referenced claim has been adjourned and has been rescheduled for the following location and time:

LAW OFFICES OF: JANE BARRETT & ASSOCIATES, LLC.
188 MONTAGUE STREET, SUITE 402
BROOKLYN, NY 11201
(718) 237-3400

HEARING DATE: 3/15/18
HEARING TIME: 3:00PM

Please note that, as stated in the Notice of Hearing, claimant is permitted only one adjournment without cause. Applications for all additional adjournments must include the reason for the request and will be granted for good cause only. Applications for adjournments must be made in writing to: janebarrett50h@hotmail.com

*All questions with regard to this notice should be addressed to the undersigned at* : 718-237-3400

**Please be aware that filing a false claim or aiding and abetting the filing of a false claim is a crime. Violators will be prosecuted to the fullest extent of the law.**

Sincerely,
Jane Barrett

Cc: Comptroller's Office
1 Centre Street
NY, NY 10007